UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-836-RJC-SCR

| | |
|---|---|
| ROBERT REID ET AL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| V. ) | ORDER |
| ) | |
| HONEYWELL INTERNATIONAL INC., ) | |
| AND HONEYWELL FEDERAL ) | |
| MANUFACTURING ) | |
| & TECHNOLOGIES, LLC, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiffs' Unopposed Motion to Transfer FM&T Plaintiffs' Claims and Request to File Honeywell Plaintiffs' Consolidated Complaint Thirty (30) Days After Ruling on the Motion to Transfer. (Doc. No. 36). The Court has reviewed the instant motion and is fully advised of the premises therein.

**IT IS, THEREFORE, ORDERED** that:

1. The claims of Plaintiffs Talon Wilder, Malachi Sanders, Gabe Maldonado, Richard Tuttle, Charlie Childress, Todd Sorensen, Seth Hartman, Kristin Ashford, Cody Reed, and Stephanie Cumpton are hereby transferred to the Western District of Missouri.

2. The remaining Plaintiffs shall have thirty (30) days to file their Consolidated Complaint.

1

Signed: April 26, 2024

Robert J. Conrad, Jr.
United States District Judge